**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CR-20177-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**JOSS SACKLER,**

**Defendant.**

_____ /

## NO OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT BY DEFENDANT JOSS SACKLER

COMES NOW, Defendant Joss Sackler, by and through undersigned counsel, and hereby states that defendant has no objections to the Pre-Sentence Investigation Report ("PSR") issued by U.S. Probation ("Probation").

Respectfully submitted,

AKRIVIS LAW GROUP, PLLC

By:   /s/ *Walter Norkin*
      Walter M. Norkin, Esq.
      FL Bar No. 1022653
      100 SE Second Street, Ste. 3650
      Miami, Florida 33131
      Telephone:  305-359-6399
      Email: wnorkin@akrivislaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 23, 2026, the undersigned electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.


*/s/ Walter Norkin*
Walter Norkin